IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM GROVE SR., ET AL :
:
    Plaintiffs : CIVIL ACTION 1: 12-CV-2622
: (Judge Rambo)
v. :
:
JOHNSON CONTROLS, INC. :
:
    Defendant :

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 54(d)(1), judgment is entered against the plaintiffs William Grove, Sr. et al and in favor of the defendant Johnson Controls in the amount of $6,029.28.

                                        ATTEST:
                                        s/ Peter Welsh
                                        PETER WELSH, Acting Clerk

DATE: September 27, 2017